CHONG, NISHIMOTO, SIA, NAKAMURA & GOYA
A Limited Liability Law Limited Partnership

RICHARD F. NAKAMURA  1817-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone: 808-537-6119
E-mail:  richard.nakamura@hawadvocate.com

Attorney for Defendants
OAHU TRANSIT SERVICES, INC.
and LORI K. MCMILLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL JAMES TAYLOR, | CIVIL NO. CV17-00406 JMS-KSC |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER |
| vs. | |
| CITY AND COUNTY OF HONOLULU; OAHU TRANSIT SERVICES, INC. and LORI K. McMILLAN, | TRIAL: 07/17/18 |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, as follows:

1. That the Plaintiff's Complaint against Defendants CITY AND COUNTY OF HONOLULU, OAHU TRANSIT SERVICES, INC., and LORI K. McMILLAN shall be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

2. That Defendants agree to this dismissal with prejudice and to the dismissal of any cross-claims, counterclaims, or third-party claims which have been or could have been filed in this action pursuant to Rule 41(c) of the Federal Rules of Civil Procedure.

3. That all appearing parties have signed this Stipulation and all other claims and parties are dismissed.

4. That trial in this matter has been set for July 17, 2018.

5. That this stipulation may be executed in counterpart signature pages, each of which will be an original and all of which shall be affixed to this stipulation and shall constitute one and the same stipulation.

DATED: Clayton, North Carolina; March 8, 2018.

/s/ Thomas E. Barwick
THOMAS E. BARWICK
Attorney for Plaintiff

DATED:  Honolulu, Hawaii; January 23, 2018.

/s/ Monica K.S. Choi
MONICA K.S. CHOI
Attorney for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawaii; March 19, 2018.

/s/ Richard F. Nakamura
RICHARD F. NAKAMURA
Attorney for Defendants
OAHU TRANSIT SERVICES, INC.
and LORI K. MCMILLAN

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, March 19, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Michael James Taylor v. City and County of Honolulu, et al.*;
Civil No. CV17-00406 JMS-KSC; STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER